**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE:  APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | No. 123 MM 2015 |
| | Emergency Application for Extraordinary Relief by Chester Community Charter School |
| PETITION OF:  CHESTER COMMUNITY CHARTER SCHOOL | |

**ORDER**

**PER CURIAM**

AND NOW, this 21st day of September, 2015, the Application for Leave to File Reply in Further Support of Emergency Application for Extraordinary Relief is **GRANTED**, and the Emergency Application for Extraordinary Relief is **DENIED**. Furthermore, the Application of Amicus Curiae for Leave of Court to File Memorandum of Law in Support of Emergency Application for Extraordinary Relief is **DENIED**.